UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MARGARET E. DARGAN, a single person )
and resident of the State of Oregon, )
) No. C08-1714RSL
                Plaintiff, )
v. )
) ORDER TO SHOW CAUSE
GARY V. INGRAM, a Washington resident )
individually, PAMELA M. NODUS, a )
Washington resident individually, and the )
marital community of GARY V. INGRAM and )
PAMELA M. NODUS, )
)
                Defendants. )
_____)

       This matter comes before the Court *sua sponte*. On March 23, 2009, defendant Nodus filed her response to plaintiff's motion for preliminary injunction that, taken as a whole, exceeds 50 pages in length. (Dkt. ##21, 22, 23). As of this date, a courtesy copy of these documents has not been provided for chambers.

       Defendant is hereby ORDERED to show cause why she should not be sanctioned for failure to comply with Local Rule 10(e)(8) and a prior order of this Court (Dkt. #5), both of which require courtesy copies of lengthy filings for chambers. Defendant shall immediately deliver a paper copy of the response and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Defendant shall respond to this order to show cause no later

ORDER TO SHOW CAUSE

than five days from the date of this Order.

DATED this 25th day of March, 2009.

*[signature]*

Robert S. Lasnik
United States District Judge