**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MARGARET E. DARGAN, a single person and resident of the State of Oregon,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY V. INGRAM, a Washington resident individually, PAMELA M. NODUS, a Washington resident individually, and the marital community of GARY V. INGRAM and PAMELA M. NODUS,<br><br>　　　　Defendants. | Case No.:   C08-1714 RSL<br><br>**DEFENDANT GARY V. INGRAM'S RESPONSE TO ORDER TO SHOW CAUSE** |

The defendant Gary V. Ingram, by and through his undersigned counsel of record, provides the following response to the Court's Order to Show Cause dated March 25, 2009. On March 23, 2009, the undersigned counsel for defendant filed electronically using the ECF filing system Defendant Gary V. Ingram's Response to Plaintiff's Motion for Preliminary Injunction and supporting declarations of Larry N. Johnson and Gary V. Ingram and Exhibits A through E.  The total number of pages included in the filed pleadings was greater than 50 pages.  In preparing and filing those papers, the undersigned counsel inadvertently overlooked the recently adopted rule change in Local Rule CR 10(e)(8) requiring a paper copy of any pleading that is greater than 50 pages to be delivered to the Clerk's Office for chambers. Immediately after receiving notification of this oversight, the undersigned counsel prepared a

DEFENDANT GARY V. INGRAM'S
RESPONSE TO ORDER TO SHOW CAUSE - 1

LAW OFFICE OF LARRY N. JOHNSON
Courtyard Plaza, Suite 6
14242 Ambaum Blvd. S.W.
Seattle, Washington  98166
206-243-7600 • Facsimile 206-243-0151

paper copy of the response and supporting documents and delivered the paper copy to the Clerk's Office during the morning of March 27, 2009, as required by Local Rule CR 10(e)(8) and the Court's Order to Show Cause.

The undersigned counsel regrets overlooking the requirements of Local Rule CR 10(e)(8), and being reminded of the rule change and its requirements, intends to comply with the rule if required for any future pleadings. The undersigned counsel asks the court to forego imposition of sanctions for counsel's inadvertent oversight.

DATED this 27th day of March, 2009.

                              OFFICE OF LARRY N. JOHNSON PLLC

                              By:__/s/ Larry N. Johnson_____
                                  Larry N. Johnson, WSBA #8786
                                  Attorneys for Defendant Gary V. Ingram

DEFENDANT GARY V. INGRAM'S
RESPONSE TO ORDER TO SHOW CAUSE - 2

LAW OFFICE OF LARRY N. JOHNSON
Courtyard Plaza, Suite 6
14242 Ambaum Blvd. S.W.
Seattle, Washington 98166
206-243-7600 • Facsimile 206-243-0151