# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

MARGARET E. DARGAN, a single person and
resident of the State of Oregon,

      Plaintiff,

      v.

GARY V. INGRAM, a Washington resident
individually. PAMELA M. NODUS. a
Washington resident individually. and the
marital community of GARY V. INGRAM and
PAMELA M. NODUS.

      Defendants.

Case No.:  C08-1714 RSL

**DECLARATION OF T. JEFFREY
KEANE IN RESPONSE TO ORDER
TO SHOW CAUSE**

T. Jeffrey Keane, being first duly sworn upon oath, under penalty of perjury hereby deposes and says:

    1.    I am over the age of majority. am competent to testify herein, and have personal knowledge of the matters stated:

    2.    I received the Court's order to show cause and make this response. I am counsel for a party to a case in federal court. I am obliged to know the rules, all the rules. and follow them. I was unaware of the rule regarding providing chambers copies of filings greater than 50 pages. Ms. Nodus's submittal was greater than 50 pages. I should have provided chambers copies of Ms. Nodus's submittal;

DECLARATION OF T. JEFFREY KEANE IN
RESPONSE TO ORDER TO SHOW CAUSE - 1

3.      I am in no position to gauge how egregious an error this is, nor how I should be appropriately sanctioned if the Court deems that I should be sanctioned. I will leave that decision entirely to the Court. From my perspective, it is sufficient sanction to call this to my attention, make me suffer the appropriate professional embarrassment it caused, and have the Court note that since I began practice in the Western District in 1982 my professional conduct has never before been the subject of an order to show cause. This most certainly will not occur again and I will immediately honor any sanction order entered by the Court.

I SWEAR UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF WASHINGTON THAT THE ABOVE AND FOREGOING IS TRUE AND CORRECT.

DATED at Seattle, Washington this 24 day of March, 2009.

T. Jeffrey Keane, WSBA #8465
Attorney for Defendant Nodus

DECLARATION OF T. JEFFREY KEANE IN
RESPONSE TO ORDER TO SHOW CAUSE - 2

KEANE LAW OFFICES
100 NE Northlake Way, Suite 200
Seattle, Washington 98105
206-438-3737 • Facsimile 206-632-2540