UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARET E. DARGAN, a single person and resident of the State of Oregon,,

Plaintiff,

v.

GARY V. INGRAM, a Washington resident individually, PAMELA M. NODUS, a Washington resident individually, and the marital community of GARY V. INGRAM and PAMELA M. NODUS

Defendants.

No. C08-1714RSL

ORDER VACATING ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. On March 23, 2009, defendant Ingram filed a response to plaintiff's motion for preliminary injunction that, taken as a whole, exceeded 50 pages in length but did not provide a copy for chambers. The Court ordered defendant to show cause why sanctions should not be imposed for defendant's failure to comply with a previous Court order. The Order to Show Cause (Dkt. #25) is hereby VACATED in light of defendant's response and receipt of the courtesy copy.

ORDER VACATING ORDER TO
SHOW CAUSE

DATED this 30th day of March, 2009.

*signature*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO
SHOW CAUSE -2-