UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
MARGARET E. DARGAN, a single person )
and resident of the State of Oregon,, )
) No. C08-1714RSL
Plaintiff, )
v. )
) ORDER VACATING ORDER TO
GARY V. INGRAM, a Washington resident ) SHOW CAUSE
individually, PAMELA M. NODUS, a )
Washington resident individually, and the )
marital community of GARY V. INGRAM and )
PAMELA M. NODUS )
)
Defendants. )
_____)

This matter comes before the Court *sua sponte*. On March 23, 2009, defendant Nodus filed a response to plaintiff's motion for preliminary injunction that, taken as a whole, exceeded 50 pages in length but did not provide a copy for chambers. The Court ordered defendant to show cause why sanctions should not be imposed for defendant's failure to comply with a previous Court order. The Order to Show Cause (Dkt. #26) is hereby VACATED in light of defendant's response and receipt of the courtesy copy.

ORDER VACATING ORDER TO
SHOW CAUSE

1 | DATED this 30th day of March, 2009.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER TO
SHOW CAUSE                          -2-