Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARGARET E. DARGAN, a single person and resident of the state of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>GARY V. INGRAM, a Washington resident, individually; PAMELA M. NODUS, a Washington resident, individually; and the marital community of GARY V. INGRAM and PAMELA M. NODUS,<br><br>Defendants. | NO. C 08-1714 RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT RECORD IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

This matter comes before the Court on the Motion of Plaintiff Margaret E. Dargan to Supplement the Record in Support of Plaintiff's Motion for Preliminary Injunction. The Court having considered the pleadings and records on file, as well as the submissions of the parties, the Court finds hereby GRANTS Mrs. Dargan's Motion to Supplement the Record in Support of Plaintiff's Motion for Preliminary Injunction.

Dated this 14th day of May, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER FOR PLAINTIFF'S MOTION TO SUPPLEMENT RECORD
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
NO. C 08-1714 RSL
PAGE – 1
11507 00101 le059901

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1 | Presented by:

2 | /s/ Beth M. Andrus
WSBA No. 18381
3 | SKELLENGER BENDER, P.S.
1301 – 5th Avenue, #3401
4 | Seattle, WA 98101-2605
Telephone: 206-623-6501
5 | Fax: 206-447-1973
E-mail: bandrus@skellengerbender.com
6 | Attorneys for Margaret Dargan

ORDER FOR PLAINTIFF'S MOTION TO SUPPLEMENT RECORD
IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
NO. C 08-1714 RSL
PAGE – 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

11507 00101 le059901