Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARGARET E. DARGAN, a single person and resident of the state of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>GARY V. INGRAM, a Washington resident, individually; PAMELA M. NODUS, a Washington resident, individually; and the marital community of GARY V. INGRAM and PAMELA M. NODUS,<br><br>Defendants. | NO. 2:08-cv-01714-RSL<br><br>STIPULATION AND ORDER TO EXTEND TEMPORARY RESTRAINING ORDER |

On June 22, 2017 at 3:20 p.m., the Court entered a Temporary Restraining Order (TRO) (Dkt. 96) restraining Defendants Gary Ingram and Pamela Nodus from transferring funds out of ten (10) identified accounts and any other undisclosed accounts and ordering Chase Bank, Wells Fargo Bank and U.S. Bank to freeze the identified accounts. The TRO was based in part on the Declaration of Robert Agnew (Dkt. 95), an investigator who conducted a search which resulted in identification of the ten (10) accounts frozen by the TRO. The TRO further provided:

> This Order shall remain in place for 14 days from the date of filing. Defendants shall have until July 3, 2017, to file an opposition seeking to dissolve or modify the restraints imposed by this Order. If no opposition is filed, the motion will be converted to a preliminary injunction. If an opposition is filed, plaintiff may file a reply by noon on July 6, 2017.

STIPULATION AND ORDER FOR EXTENSION OF
TEMPORARY RESTRAINING ORDER- 1
(2:08-cv-01714-RSL)

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907

For Defendant Ingram to adequately oppose the TRO and verify ownership of the accounts in question requires obtaining documentation from U.S. Bank, Wells Fargo and Chase Bank via subpoenas duces tecum. Defendant Ingram is immediately issuing said subpoenas for service, but it is unlikely that the necessary bank records will be produced prior to Defendant Ingram's opposition deadline of July 3, 2017.

Therefore, pursuant to Fed. R. Civ. P. 65(b)(2), Defendant Ingram consents to and requests that the TRO be extended by an additional fourteen (14) days; that the opposition deadline be extended to July 17, 2017; and that plaintiff's reply deadline be extended to noon on July 20, 2017. Plaintiff agrees and stipulates to the entry of such an order.

RESPECTFULLY SUBMITTED this 27th day of June, 2017.

BAROKAS MARTIN & TOMLINSON

By: /s/ *Abigail Z. Staggers*
    Abigail Z. Staggers, WSBA #43962
    Attorneys for Defendant, Gary V. Ingram
    1422 Bellevue Avenue
    Seattle, WA 98122
    Phone: 206-621-1871
    Fax: 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
    Email: azs@bmatlaw.com

CAIRNCROSS & HEMPELMANN, P.S.

By: */s/ Lindsey M. Pflugrath*
    Lindsey M. Pflugrath, WSBA #36964
    Attorneys for Plaintiff, Margaret E. Dargan
    524 Second Avenue, Suite 500
    Seattle, WA 98104
    Phone: 206-587-0700
    Fax: 206-587-2308
    Email: lpflugrath@cairncross.com

STIPULATION AND ORDER FOR EXTENSION OF
TEMPORARY RESTRAINING ORDER- 2
(2:08-cv-01714-RSL)

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907

## ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 28th day of June, 2017.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER FOR EXTENSION OF
TEMPORARY RESTRAINING ORDER- 3
(2:08-cv-01714-RSL)

BAROKAS MARTIN & TOMLINSON
ATTORNEYS AT LAW
1422 BELLEVUE AVENUE
SEATTLE, WASHINGTON 98122
TELEPHONE (206) 621-1871
FAX (206) 621-9907