HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARGARET E. DARGAN, a single person and resident of the state of Oregon,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY V. INGRAM, a Washington resident, individually; PAMELA M. NODUS, a Washington resident, individually; and the marital community of GARY V. INGRAM and PAMELA M. NODUS,<br><br>　　　　　　　Defendants. | NO. C 08-1714 RSL<br><br>SECOND ORDER EXTENDING TEMPORARY RESTRAINING ORDER |

　　　　THIS MATTER originally came before the Court on plaintiff's "Motion for Preliminary Injunction." Dkt. # 92. The Court entered a temporary restraining order on June 22, 2017, freezing certain accounts and prohibiting defendants from transferring funds out of any other undisclosed accounts in which they have funds or assets. The restraining order was extended by stipulation of the parties to allow time in which to obtain information from the banking institutions.

　　　　As of this date, only two of the three institutions have provided information in response to the subpoenas issued by the parties. After reviewing the information received to date, the

SECOND ORDER EXTENDING
TEMPORARY RESTRAINING ORDER - 1

parties agree that the restraining order should be lifted as to Ingram's U.S. Bank personal checking account ending in -9944. That account is hereby unfrozen, and defendants may transfer funds into or out of the account ending in -9944. The temporary restraining order otherwise remains in place for another fourteen days until 3:20 pm on August 3, 2017, to allow Chase bank to respond to the subpoena and plaintiff to clarify certain responses. Plaintiff shall have until July 31, 2017, to file argument and evidence in support of preliminary injunctive relief. If no supporting materials are filed, the temporary restraining order will be dissolved. If supporting materials are filed, defendants may file a reply by noon on August 3, 2017.

Dated this 21st day of July, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

SECOND ORDER EXTENDING
TEMPORARY RESTRAINING ORDER - 2