HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARGARET E. DARGAN, a single person and resident of the state of Oregon,<br><br>Plaintiff,<br><br>v.<br><br>GARY V. INGRAM, a Washington resident, individually; PAMELA M. NODUS, a Washington resident, individually; and the marital community of GARY V. INGRAM and PAMELA M. NODUS,<br><br>Defendants. | NO. C 08-1714 RSL<br><br>ORDER VACATING TEMPORARY RESTRAINING ORDER |

THIS MATTER originally came before the Court on plaintiff's "Motion for Preliminary Injunction." Dkt. # 92. The Court entered a temporary restraining order on June 22, 2017, freezing certain accounts and prohibiting defendants from transferring funds out of any other undisclosed accounts in which they have funds or assets. Portions of the restraining order were extended on two occasions.

Plaintiffs have been unable to confirm the existence or location of previously undisclosed accounts and therefore agree to the release of the restraining order. The temporary restraining order is hereby VACATED.

ORDER VACATING
TEMPORARY RESTRAINING ORDER - 1

Dated this 1st day of August, 2017.

*signature*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

SECOND ORDER EXTENDING
TEMPORARY RESTRAINING ORDER - 2